UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFRED O'MEARA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIFT4 PAYMENTS, INC., JARED ISAACMAN, NANCY DISMAN, and BRADLEY HERRING,<br><br>Defendants. | Case No.  5:23-cv-03206-JFL |
| ROBERT BAER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHIFT4 PAYMENTS, INC., JARED ISAACMAN, NANCY DISMAN, and BRADLEY HERRING,<br><br>Defendants. | Case No.  5:23-cv-03969-JFL |

### ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING SELECTION OF CO-LEAD COUNSEL

**AND NOW**, this 3rd day of November, 2023, upon consideration of Plaintiff's unopposed motion for consolidation, appointment as lead plaintiff, and approval of selection of co-lead counsel filed in case No. 5:23-cv-03206, *see* ECF No. 14, **IT IS HEREBY ORDERED THAT**:

1. Pursuant to Federal Rule of Civil Procedure 42, the above-captioned related actions are hereby consolidated for all purposes into one action.

2. The Clerk of Court is directed to **CONSOLIDATE** Case No. 5:23-cv-03969 into

Case No. 5:23-cv-03206, and all future filings shall be docketed in Case No. 5:23-cv-03206 only.

3. Case No. 5:23-cv-3969 is **CLOSED**.

4. Every pleading shall hereafter bear docket number 5:23-cv-03206 only.

5. Robert Baer ("Baer") is **APPOINTED** as Lead Plaintiff in the Consolidated Action. Baer satisfies the requirements for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

6. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained Pomerantz LLP and The Schall Law Firm as Co-Lead Counsel for the Class in the Consolidated Action. Lead Plaintiff's selection of Co-Lead Counsel is **APPROVED**.

7. Consistent with the Order dated October 20, 2023, **within fourteen (14) days of the date of this Order**, Lead Counsel and Defendants shall meet and confer and shall propose a schedule to the Court for the filing of an amended consolidated complaint and any response thereto. *See* ECF No. 15.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge